DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
STEVEN LIM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *Plaintiff,* <br> v. <br> STEVEN LIM, <br> *Defendant.* | No. 1:09-cr-0413 OWW <br><br> **AMENDED** STIPULATION CONTINUING STATUS CONFERENCE; ORDER THEREON <br><br> Date: April 19, 2010 <br> Time: 9:00 a.m. <br> Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Elana Landau, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Steven Lim, that the status conference currently set for April 12, 2010 at 9:00 a.m. **may be continued to April 19, 2010, at 9:00 a.m.**

This stipulation is entered into at the defendant's request because additional time is needed to consider the plea offer. The parties anticipate a change of plea on April 19, 2010.

This continuance will conserve time and resources for both parties and the court.

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for effective defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(ii), (iv).

BENJAMIN B. WAGNER
United States Attorney

DATED: April 1, 2010        By: /s/ *Elana Landau*
                                ELANA LANDAU
                                Assistant United States Attorney
                                Counsel for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: April 1, 2010        By: /s/ *Victor M. Chavez*
                                VICTOR M. CHAVEZ
                                Assistant Federal Defender
                                Attorney for Defendant
                                Steven Lim


IT IS SO ORDERED.

**Dated:   April 1, 2010**            /s/ **Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE