DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
STEVEN LIM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:09-cr-0413 OWW |
| *Plaintiff,* | STIPULATION CONTINUING SENTENCING; ORDER THEREON |
| v. | Date:  August 30, 2010 |
| STEVEN LIM, | Time:  9:00 a.m. |
| *Defendant.* | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Elana Landau, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Steven Lim, that the sentencing currently set for June 28, 2010, **may be continued to August 30, 2010, at 9:00 a.m.**

Defense has sought this stipulation based on the need to further address the defendant's mental health status. This continuance will conserve time and resources for both parties and the court.

///

///

///

///

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: June 22, 2010 | By:  /s/ *Elana Landau*<br>ELANA LANDAU<br>Assistant United States Attorney<br>Counsel for Plaintiff |
|   | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: June 22, 2010 | By:  /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>Steven Lim |

IT IS SO ORDERED.

**Dated:   June 22, 2010**               /s/ **Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE

STIPULATION CONTINUING SENTENCING;
ORDER THEREON                    -2-