1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  VICTOR M. CHAVEZ, Bar #113752
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5

6  Attorney for Defendant
   STEVEN LIM
7

8

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,          )   NO. 1:09-cr-0413 OWW
                                       )
13                  *Plaintiff,*         )   STIPULATION CONTINUING SENTENCING;
                                       )   ORDER THEREON
14        v.                           )
                                       )
15  STEVEN LIM,                        )   Date:   September 27, 2010
                                       )   Time:  9:00 a.m.
16                  *Defendant.*         )   Judge: Hon. Oliver W. Wanger
                                       )
17  _____   )

18       **IT IS HEREBY STIPULATED** by and between the parties through their respective counsel,

19  Assistant United States Attorney Elana Landau, Counsel for Plaintiff, and Assistant Federal Defender

20  Victor M. Chavez, Counsel for Defendant Steven Lim, that the sentencing currently set for August 30,

21  2010, **may be continued to September 27, 2010, at 9:00 a.m.**

22       Defense has sought this stipulation based on the need for more time due to a defense expert's

23  unavailability in the previous time frame. This continuance will conserve time and resources for both

24  parties and the court.

25  ///

26  ///

27  ///

28  ///

1

2

3

4   DATED: August 3, 2010

5

6

7

8

9

10   DATED: August 3, 2010

11

12

13

14

15

16

17

18

19

20

21

22

23   IT IS SO ORDERED.

24

25

26

27

28

BENJAMIN B. WAGNER
United States Attorney

By:  /s/ *Elana Landau*
ELANA LANDAU
Assistant United States Attorney
Counsel for Plaintiff

DANIEL J. BRODERICK
Federal Defender

By:  /s/ *Victor M. Chavez*
VICTOR M. CHAVEZ
Assistant Federal Defender
Attorney for Defendant
Steven Lim

**Dated:   August 3, 2010**        **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

LIM: Stipulation Continuing/
Sentencing Order                    −2−