DANIEL J. BRODERICK, #89424
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
STEVEN LIM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:09-cr-0413 OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION CONTINUING SENTENCING; ORDER THEREON |
| v. | ) | |
| STEVEN LIM, | ) | |
| Defendant. | ) | Date: October 12, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Elana Landau, Counsel for Plaintiff, and Assistant Federal Defender Victor M. Chavez, Counsel for Defendant Steven Lim, that the sentencing currently set for September 27, 2010, **may be continued to October 12, 2010, at 9:00 a.m.**

The stipulation is entered into at the defendant's request because additional time is needed to receive a report from an expert. This continuance will conserve time and resources for both parties and the court.

///

///

///

///

```
                                           BENJAMIN B. WAGNER
                                           United States Attorney


DATED: September 21, 2010      By:    /s/ Elana Landau
                                      ELANA LANDAU
                                      Assistant United States Attorney
                                      Counsel for Plaintiff



                                      DANIEL J. BRODERICK
                                      Federal Defender


DATED: September 21, 2010      By:    /s/ Victor M. Chavez
                                      VICTOR M. CHAVEZ
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      STEVEN LIM
```

IT IS SO ORDERED.

**Dated:   September 21, 2010**          **/s/ Oliver W. Wanger**
                                      UNITED STATES DISTRICT JUDGE